UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Stewart E. Erickson and Lori A. Erickson,

BKY 08-61301 - DDO

Debtors.

Chapter 7 Case

**ORDER**

This matter came before the Court upon the motion of First Tennessee Bank National Association. Appearances, if any, were noted on the record. Based upon the pleadings, arguments of counsel, and the record and file herein,

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. First Tennessee Bank National Association's claim shall be redacted and it shall be permitted to file an amended proof of claim replacing Claim No. 1 filed with this Court.

Dated: August 31, 2009.   BY THE COURT:

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/01/2009*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk